**Frederick Clark CREASY, Jr.,
Petitioner–Appellant,**

v.

**Dora B. SCHRIRO; State of Arizona Attorney General, Respondents–Appellees.**

No. 08–16456.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 01, 2009.

Frederick Clark Creasy, Jr., Tempe, AZ, pro se.

Katia Mehu, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondents–Appellees.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

426

Before PAEZ, TALLMAN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Arizona state prisoner Frederick Clark Creasy, Jr. appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm. Creasy's request for appointment of counsel is denied as moot.

Creasy contends that his trial and appellate counsel provided ineffective assistance in a number of ways. The state court's rejection of these claims was not contrary to, nor an unreasonable application of, clearly established United States Supreme Court precedent. *See* 28 U.S.C. § 2254(d)(1); *see also Strickland v. Washington,* 466 U.S. 668, 688–91, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

To the extent Creasy raises uncertified claims, we construe the argument as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. Rule 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir. 1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).